George J. Axt and others, Appellants, v. John

## FOURTH DEPARTMENT, FEBRUARY TERM, 1890.

F. Shankey, Respondent.— Order reversed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.